JOHN H. THOMAS AND CHARLES CAMERON v. GEORGE GARTNER AND GEORGE S. HOSMER, CIRCUIT JUDGES OF WAYNE COUNTY.

*Creditor's bill—Appointment of receiver—Mandamus.*

1. *Mandamus* is not the proper remedy by which to review an appealable order in a chancery suit.
2. Irregularity in the appointment of a receiver under a judgment creditor's bill is no ground for defendant's objecting to an examination concerning his property and effects; citing *Howard v. Palmer*, Walk. Ch. 391.

*Mandamus.* Order to show cause denied January 18, 1893.

Relators, the defendants in a judgment creditor's bill, applied for *mandamus* to compel the respondents to vacate orders appointing a receiver, and requiring them to appear before a circuit court commissioner for examination. For a full statement of facts, see *Dutton v. Thomas*, 97 Mich. 93.

*John Galloway*, for relators.

PER CURIAM. An order to show cause is denied. *Mandamus* is not a proper remedy to review an appealable order in a chancery case; nor is their regularity of the appointment of a receiver under a judgment creditor's bill any

reason for the defendants' objecting to an examination concerning their property and effects. *Howard v. Palmer,* Walk. Ch. 391.